1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                               DISTRICT OF NEVADA

8                                      * * *

9   RUSSELL COHEN,                        )
                                          )        3:05-CV-00665-PMP- VPC
10                                        )
                      Plaintiff,          )
11   v.                                   )
                                          )              O R D E R
12                                        )
                                          )
13   JAMES BACA,                          )
                                          )
14                     Defendant.         )
                                          )
15  _____ )

16          Before the Court for consideration is Defendant James Baca's Motion to Dismiss

17  (Doc. #20) filed August 11, 2006.  On February 20, 2007, the Honorable Valerie P. Cooke

18  United States Magistrate Judge, entered a Report and Recommendation (Doc. #42)

19  recommending that Defendant's Motion to Dismiss  (Doc. #20) be granted.

20          On April 2, 2007, Plaintiff filed an Objection to Magistrate Judge Cooke's

21  Report and Recommendation (Doc. #46).  Defendant James Baca filed a Response to

22  Plaintiff's Objection to Report and Recommendation (Doc. #49) filed April 18, 2007.

23          The Court has conducted a de novo review of the record in this case in

24  accordance with 28 U.S.C.§ 636(b)(1)(B) and Local Rule IB 1- 4 and determines that

25  Magistrate Judge Cooke's Report of Findings and Recommendation should be Affirmed.

26  / / /

1    IT IS THEREFORE ORDERED that Plaintiff's Objections (Doc. #46) are

2 Overruled and Magistrate Judge Cooke's Findings and Recommendations (Doc. #42) is

3 Affirmed and Defendant's Motion to Dismiss (Doc. #20) is Granted.

4

5 Dated:  May 30, 2007.

6

7                                                               
                                              PHILIP M. PRO
8                                             United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2